UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>  Plaintiff,<br><br>  v.<br><br>SHREE RANG, LLC, a California Limited Liability Company,<br><br>  Defendant. | No. 2:18-cv-00917-MCE-EFB<br><br>ORDER |

Plaintiff's motion for entry of default judgment was submitted without oral argument by the magistrate judge on December 9, 2019. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(19) and 28 U.S.C. § 636(b)(1).

On September 1, 2020, the magistrate judge filed findings and recommendations herein which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 13. No objections were filed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

 1. The Findings and Recommendations filed September 1, 2020 (ECF No. 13), are ADOPTED in full.

2. Plaintiff's motion for default judgment (ECF No. 8) is GRANTED.

3. Plaintiff is awarded statutory damages in the amount of $4,000.

4. Plaintiff is granted an injunction requiring defendant to provide an accessible parking space in compliance with the Americans with Disabilities Act Accessibility Guidelines.

5. Plaintiff is awarded attorneys' fees and costs in the amount of $2,950.

6. The Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated: October 4, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE